Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__
__Orlando__ Division

Mariah C Sampson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Officer L. Rosario as a State trooper of Florida highway patrol and Osceola County Jail. (in it individual capacity)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mariah C Sampson
Street Address: 1460 Rosedale Rd
City and County: Davenport, Polk County
State and Zip Code: Florida, 33837
Telephone Number: (321) 746-5780
E-mail Address: MariahSampson321@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: L. Rosario / Florida Highway Patrol
- Job or Title (if known): State trooper / officer
- Street Address: 1059 International Drive
- City and County: Orlando, Orange County
- State and Zip Code: Florida, 32804
- Telephone Number: (407) 737-2300
- E-mail Address (if known):

Defendant No. 2
- Name: Osceola County Jail
- Job or Title (if known):
- Street Address: 402 Simpson Road
- City and County: Kissimmee, Osceola
- State and Zip Code: Florida, 34744
- Telephone Number: (407) 742-4444
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S. Code § 241 and 18 U.S. Code 242; 14th amendment of the Constitution, and 4th amendment of United States constitution

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.     If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

        Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see attached Titled Statement of claim.

## IV. Relief

Please see attached

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking that the court reward me in monetary damages in the total amount of $2,000,000.00 to compensate for the emotional and physical damages caused by defendants. Below is a breakdown of the amount and damages involved in claim.

For the physical damages caused by handcuffs in unlawful arrest I am seeking amount of $650,000.00.

For the emotional damages that was endured caused by Humiliation

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

in public and other stress I am seeking the amount of $650,000.00. fees that I had to pay to bond out and unexpected fees caused by initial incident I am seeking an amount of $200,000.00. I am also seeking monetary damages for time spent in jail for one night in the amount of $500,000.00 due to no privacy and unethical living condition in the Osceola County jail.
Total amount of damages: $2,000,000.00
(please see attached titled "Relief")

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/29/2024

Signature of Plaintiff: *Mariah Sampson*
Printed Name of Plaintiff: Mariah C Sampson

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Print | Save As... | Add Attachment | Reset

**STATEMENT OF CLAIM**

OFFICER L. ROSARIO
in his individual capacity as a STATE TROOPER of FLORIDA HIGHWAY PATROL,
and OSCEOLA COUNTY JAIL
in its individual capacity,
Defendants.]

Plaintiff brings this suit for offenses committed under 18 U.S.C. § 241 and 18 U.S.C. § 242 by Officer L. Rosario, in his individual capacity as a State Trooper of Florida Highway Patrol, and accomplices Osceola County Jail in its individual capacity.

1. On April 27, 2023, at approximately 4:55 pm, Plaintiff, Mariah C. Sampson, was subjected to a traffic stop by State Trooper Officer L. Rosario of Florida Highway Patrol, ostensibly for an alleged improper lane change.

2. During the stop, Officer L. Rosario demanded Plaintiff's driver's license. Invoking her rights under the 14th Amendment of the United States Constitution, Plaintiff asserted that a driver's license was unnecessary as she was freely engaged in private travel. Despite exercising her rights, Officer L. Rosario ignored her statement and continued to cite Florida statutes.

3. Plaintiff informed Officer L. Rosario that Florida statutes did not apply to her, as she had not consented to being an employee of the United States Corporation, rendering her exempt from such statutes in her private capacity.

4. Despite Plaintiff's assertions and inquiries about her freedom to leave, Officer L. Rosario persisted and proceeded to extract information from the license plate at the rear of Plaintiff's vehicle in an attempt to identify her. At this point, Plaintiff was being detained by Officer L. Rosario, and she was not free to go, as Officer L. Rosario explicitly stated. Deprived of her rights under the 14th amendment and feeling held against her will, Plaintiff stepped out of the car out of fear to rectify the misunderstanding. By that time, another unidentified male officer from Osceola Jail had arrived on the scene. Officer L. Rosario, in conjunction with the unidentified officer, proceeded to arrest Plaintiff without adequate reasoning stating that plaintiff will be charged with driving while license suspended .Plaintiff was humiliated and embarrassed in front of hundreds of strangers passing by in ongoing traffic. She was compelled to wait for hours inside a police car for someone to collect her child before being transported to Osceola County Jail.

6. During the arrest, Plaintiff sustained injuries from excessively tight handcuffs. Furthermore, Officer L. Rosario unlawfully seized Plaintiff's car, thereby violating her 4th Amendment rights under the United States Constitution.

7. Plaintiff was transported to Osceola County Jail at 402 Simpson Road, Kissimmee, Florida, 34744, where she endured one night in custody. A bond of $5,000 was imposed, necessitating Plaintiff to pay $500 for her release.

8. Throughout this distressing incident, Plaintiff suffered both emotional and physical harm, seeking compensation for damages totaling $2,000,000. The Plaintiff possesses documented evidence supporting these claims, attached hereto.

9. Plaintiff further requests that, upon a favorable decision, funds be disbursed in the form of a check made payable to Mariah C. Sampson at 1460 Rosedale Rd, Davenport, FL, 33837.

WHEREFORE, Plaintiff respectfully requests judgment against Defendants in the amount of $2,000,000, along with any other relief deemed just and proper by this Court.

---

Mariah C. Sampson
Plaintiff

01/29/2024

# Relief

**I** am entitled to the compensation amount being requested due to the nature of offense ; being deprived of my rights and having to endure an excessive amount of emotional distress.

I respectfully seek monetary relief from the court in the sum of $2,000,000.00 to redress the emotional and physical injuries inflicted by the defendants. The requested breakdown is as follows:

1. Compensation of $850,000.00 for physical injuries resulting from the use of handcuffs during the unlawful arrest.
2. Award of $850,000.00 for emotional distress arising from public humiliation,

and an involuntary night spent in the OSCEOLA COUNTY JAIL.

3. Request for $300,000.00 to cover expenses incurred, including bond and adjustments made due to the unlawful seizure of my vehicle by the defendant.

The aggregate sum sought is $2,000,000.00.